JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THYRONE RYAN STEWART, | ) | NO. EDCV 15-2629-GHK (KS) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| SUPERIOR COURT OF RIVERSIDE, | ) ) | |
| Respondent. | ) ) | |
| _____ | ) | |

Pursuant to the Court's Order Denying Request To Proceed *In Forma Pauperis*, IT IS ADJUDGED that Petitioner's Request to Proceed *In Forma Pauperis* is hereby DENIED and this action is DISMISSED with prejudice.

DATED: 2/8/16

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE